CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SUSAN CUSHMAN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336
Fax: 702.388-6418
Susan.cushman@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JIAN BIAO LIU,<br><br>　　　　　Defendant. | Case No. 2:11-cr-0221-JCM-DJA<br><br>**Motion to Dismiss the Indictment Without Prejudice and Quash Arrest Warrant** |

　　　　On June 8, 2011, Jian Biao LIU was charged by complaint. ECF 3. On June 14, 2011, a federal grand jury returned an indictment charging Defendant LIU with violations of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(vii) – Conspiracy to Manufacture a Controlled Substance - Marijuana. ECF 11. An arrest warrant was issued On June 21, 2011. ECF 17.

　　　　LIU has never been located by either the Drug Enforcement Administration or the United States Marshall Service. Both agencies are unable to execute the arrest warrant as to the captioned defendant.

…

Therefore, pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the Indictment without prejudice and quash the arrest warrant.

Respectfully submitted this 5th day of April, 2021.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

*/s/ Susan Cushman*
SUSAN CUSHMAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>       v.<br><br>JIAN BIAO LIU,<br><br>       Defendant. | Case No. 2:11-cr-0221-JCM-DJA<br><br>**Order Granting<br>Motion to Dismiss the Indictment<br>Without Prejudice and Quash Arrest<br>Warrant** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses without prejudice the Indictment and quashes the Arrest Warrant against Defendant JIAN BIOA LIU.

Respectfully submitted,

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Susan Cushman
SUSAN CUSHMAN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal.

DATED April 16, 2021.

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE